USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BLACKCROWN INC., :
:
                        Plaintiff, :
          -against- :     1:19-cv-11578-GHW
:
CHARLES SCHWAB & CO. INC., :     ORDER
:
                    Defendant. :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       The Court dismisses this action *sua sponte* without prejudice because Plaintiff BlackCrown Inc. is not represented by counsel. Corporate entities—such as BlackCrown Inc.—must appear before the Court through counsel. *See Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel."); *Pridgen v. Anresen*, 113 F.3d 391, 393 (2d Cir. 1997) ("[I]t is well established that a layperson may not represent a corporation."). In other words, BlackCrown Inc. must retain an attorney should it wish to prosecute this case. Because BlackCrown Inc. has attempted to proceed with this action *pro se*, it must be dismissed.

       The Clerk of Court is directed to close this case.

       SO ORDERED.

Dated: January 2, 2020
New York, New York
                                                  GREGORY H. WOODS
                                            United States District Judge